IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

BRIAN WOLFMAN                                    )
600 New Jersey Ave. NW, Suite 312                )
Washington, DC 20001                             )
                                                 )
                          PLAINTIFF,             )
                                                 )
v.                                               )
                                                 )
UNITED STATES DEPARTMENT OF                      )
JUSTICE, EXECUTIVE OFFICE                         )
FOR UNITED STATES ATTORNEYS                      )         Civil Action No. _____
950 Pennsylvania Ave. NW, Room 2242              )
Washington, DC 20530                             )
                                                 )
                          DEFENDANT.             )
_____)

### COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.     This action seeks an order compelling the Department of Justice's Executive Office for United States Attorneys to produce records sought by Brian Wolfman under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

### JURISDICTION

2.     This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B).

### PARTIES

3.     Plaintiff Brian Wolfman is a former director of the Institute for Public Representation (IPR), a public interest law firm and clinical education program at Georgetown University Law Center. He made the FOIA request at issue in this action on the Institute's behalf.

4.     Defendant Executive Office for United States Attorneys (EOUSA) is an office within the United States Department of Justice (DOJ) and is responsible for providing general executive assistance and support to the offices of United States Attorneys around the country.

## FACTS

5.      On April 5, 2013, Anne King, former staff attorney at IPR, submitted a FOIA request to the Freedom of Information & Privacy Staff of EOUSA via first-class mail and email. The request sought all records in the United States Attorney's Office for the District of Columbia's (USAO-DC) possession or control that were created since January 1, 2000, that (1) refer to circumstances in which the USAO-DC files motions for summary affirmance in the U.S. Courts of Appeals; and (2) all motions dated from January 1, 2008 to the present seeking summary affirmance of a district court order or judgment in which one or more attorneys employed at the USAO-DC was an attorney for the moving party. A copy of the request is attached and incorporated as if set out here in full. Ex. 1.

6.      On April 25, 2013, Sandy James, a law student under Ms. King's supervision, called the Freedom of Information & Privacy Staff at EOUSA and spoke to a representative who stated that she could not find Ms. King's April 5 request. Mr. James was routed to a voicemail and left a message regarding that request.

7.      On April 30, 2013, Mr. James again called the main phone number for the Freedom of Information & Privacy Staff (202-252-6020) at EOUSA and spoke to a woman who identified herself only as Stephanie. Mr. James was routed to Danita Taylor's voicemail and left a message regarding the request. Mr. James then faxed and emailed a copy of the April 5 request to the Freedom of Information & Privacy Staff and received a confirmation of receipt from a woman who identified herself only as Regina.

8.      On May 22, 2013, Ms. King received a response from EOUSA dated May 20, 2013. The response referred to the April 5 request as Request Number 2013-1423. The EOUSA's response refused to release any records and described the requested records as concerning third parties and

therefore exempt under the Privacy Act, 5 U.S.C § 552a. The response also cited two sections of FOIA, 5 U.S.C. § 552(b)(6) and (b)(7)(C), that exempt records the release of which could invade someone's personal privacy. The response indicated that the EOUSA would release any "public records" responsive to the request it may possess upon request. The response informed Ms. King of her right to appeal the determination. A copy of the response is attached and incorporated as if set out here in full. Ex. 2.

9.     Also on May 22, 2013, Ms. King sent via certified mail an appeal of EOUSA's FOIA determination (2013-1423) to DOJ's Office of Information Policy (OIP), as instructed in EOUSA's May 20 response. Ms. King also sent a letter, via certified mail and fax, to EOUSA requesting any "public records" referred to in the May 20 response. Copies of the appeal (Ex. 3) and the letter (Ex. 4) are attached and incorporated as if set out here in full.

10.     On May 28, 2013, Ms. King received a second response to the April 5 FOIA request. This response was identical to the May 20 response, except it listed the request number as 2013-1480 and was dated May 22, 2013. A copy of the response is attached and incorporated as if set out here in full. Ex. 5.

11.     On May 29, 2013, Ms. King again sent via certified mail an appeal of EOUSA's FOIA determination (2013-1480) to OIP, as instructed in the May 22 response. Ms. King also sent a letter, via certified mail and fax, to EOUSA requesting any "public records" referred to in the May 22 response. The appeal and letter also explained that Ms. King believed request numbers 2013-1480 and 2013-1423 were duplicative. Copies of the appeal (Ex. 6) and the letter (Ex. 7) are attached and incorporated as if set out here in full.

12.     On June 14, 2013, Ms. King received a letter via email, dated June 14, 2013, from OIP confirming receipt of the administrative appeal for request 2013-1423. The letter designated the

appeal as number AP-2013-03618. A copy of this letter is attached and incorporated as if set out here in full. Ex. 8.

13.     On June 27, 2013, Ms. King received a letter via email, dated June 27, 2013, from OIP informing Ms. King that appeal number AP-2013-03618 was remanded to EOUSA for a search for responsive records. A copy of this letter is attached and incorporated as if set out here in full. Ex. 9.

14.     On July 9, 2013, Ms. King received a letter via mail, dated June 28, 2013, from OIP confirming receipt of the administrative appeal request 2013-1480. The appeal number was AP-2013-03800. A copy of this letter is attached and incorporated as if set out here in full. Ex. 10.

15.     On July 11, 2013, Ms. King called OIP at the number provided in the June 28 letter ((202) 514-3642) and left a voicemail message explaining that AP-2013-03800 was a duplicate appeal of AP-2013-03618.

16.     On July 15, 2013, Ms. King received a voicemail message from Timothy Zeiss (phonetic spelling), an attorney at OIP responding to Ms. King's July 11 voicemail. Mr. Zeiss acknowledged that AP-2013-03618 and AP-2013-03800 were duplicates and that AP-2013-03800 was being closed by OIP. Mr. Zeiss instructed Ms. King to contact EOUSA with any questions. Ms. King called Mr. Zeiss back the same day to acknowledge that she received his message.

17.     On July 17, 2013, Ms. King received a letter from EOUSA dated July 12, 2013, stating that it had received the FOIA request, describing the request as number 13-2166 with a subject line reading "Summary Affirm Filings Ct. App. (Public records only)/DC." The letter did not explain whether it was in response to either Ms. King's May 22 or May 29 letters seeking any "public records" as mentioned in EOUSA's original responses to the FOIA request or if it

derived from OIP's remand of AP-2013-03618. A copy of this letter is attached and incorporated as if set out here in full. Ex. 11.

18.     On July 31, 2013, Ms. King received another letter from EOUSA dated July 29, 2013, stating that it had received the FOIA request, describing the request as number 13-2452 with a subject line "Specific public records (#1 & 2) Affirmation policies & motions/DC." The July 29 letter was identical to the July 12 letter with the exception of the request number and subject line. A copy of this letter is attached and incorporated as if set out here in full. Ex. 12.

19.     On August 21, 2013, Ms. King received a letter from OIP dated August 2, 2013, stating that OIP was administratively closing AP-2013-03800 because it was duplicative of AP-2013-3618, which had been adjudicated on June 27, 2013. A copy of this letter is attached and incorporated as if set out here in full. Ex. 13.

20.     On August 27, 2014, Brian Wolfman sent a FOIA request via first-class mail and email that repeated the request originally sent on April 5, 2013 and referred directly to all of the Request Numbers previously assigned to Ms. King's request, including Request No. 2013-1423 No. 2013-1480, and later Request No. 13-2166 and No 13-2452. By repeating Ms. King's request, Mr. Wolfman substituted himself for Ms. King as the requester. A copy of the request is attached and incorporated as if set out here in full. Ex. 14.

21.     On October 14, 2014, Norah Rexer, a law student under the supervision of Meghan Boone, called the Freedom of Information & Privacy Staff at EOUSA and spoke to a representative who stated that Mr. Wolfman's August 27, 2014, request had been received and entered into the system on September 16, 2014, and was under attorney review.

22.     On October 20, 2014, Ms. Rexer again called the Freedom of Information & Privacy Staff at EOUSA and spoke to a representative who stated that review of the August 27, 2014,

request had been completed. The representative transferred Ms. Rexer to attorney John Boseker. Mr. Boseker stated that he would check on the status of the request and provide additional information via telephone but, as of the filing of this complaint, has not called to provide additional information.

23.     As of the filing of this lawsuit, EOUSA has not provided any records requested in Ms. King's original FOIA request; EOUSA has not responded to OIP's remand of AP-2013-3618; and EOUSA has not responded to Mr. Wolfman's August 27, 2014 request.

24.     Under 5 U.S.C. § 552(a)(6)(C), an individual making a FOIA request who has not received a substantive response within twenty working days has exhausted his or her administrative remedies.

25.     More than twenty working days have passed since OIP remanded AP-2013-3618.

26.     More than twenty working days have passed since Ms. King requested available "public records" relating to request numbers 2013-1423 and 2013-1480, and more than twenty working days have passed since EOUSA appeared to acknowledge receipt of that request, referring to the renewed requests as numbers 13-2166 and 13-2542.

27.     More than twenty working days have passed since Mr. Wolfman repeated the request on August 27, 2014.

28.     In sum, Ms. King requested all USAO-DC motions seeking summary affirmance since January 1, 2008 and any documents in the USAO-DC's possession or control that refer to circumstances in which the USAO-DC files motions for summary affirmance, and Mr. Wolfman repeated this request. Despite making his FOIA request on August 27, 2014, Mr. Wolfman has not received any documents or obtained a final substantive determination with regard to his request.

## CLAIM FOR RELIEF

29.     Plaintiff has a statutory right under FOIA to the records he seeks, and no legal basis

exists for EOUSA's failure to disclose them.

For the reasons stated above, Plaintiff is entitled to the following relief:

A. a declaration that EOUSA's failure to release the requested records to Plaintiff is

unlawful;

B. an order compelling EOUSA to release the records requested by Plaintiff;

C. reasonable attorney's fees and costs under 5 U.S.C. § 552(a)(4)(E); and

D. all other appropriate relief.

Respectfully submitted,

/s/ Meghan M. Boone_____

Meghan M. Boone (D.C. Bar No. 1006894)
Michael T. Kirkpatrick (D.C. Bar No.486293)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue, NW
Washington, DC 20001
Phone: (202) 662-9546
Fax: (202) 662-9634
Email: mmb302@law.georgetown.edu
        michael.kirkpatrick@law.georgetown.edu

October 29, 2014

*Attorneys for the Plaintiff*

EXHIBIT 1



### GEORGETOWN LAW
### INSTITUTE FOR PUBLIC REPRESENTATION

Hope M. Babcock
Angela J. Campbell
Brian Wolfman
    Directors
Thomas M. Gremillion
Anne W. King
Laura Moy*
Margot J. Pollans
Blake E. Reid
    Staff Attorneys

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

April 5, 2013

**By first-class mail and email (USAEO.FOIA.REQUESTS@usdoj.gov)**

FOIA/Privacy Staff
Executive Office for the United States Attorneys
600 E Street, N.W. (BICN Room 7300)
Department of Justice
Washington, D.C. 20530

Re:  Freedom of Information Request

To FOIA/Privacy Staff:

This letter is a request under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA).

### **Records Requested**

This request seeks the records specified below in the possession or control of the United States Attorney's Office for the District of Columbia (USAO-DC).

1)  All records discussing or referring to circumstances in which the USAO-DC files motions for summary affirmance in the U.S. Courts of Appeals. This request seeks, among other records, any record discussing the circumstances under which filing a motion for summary affirmance would or would not be appropriate. This request includes, but is not limited to, memoranda, e-mails, or any other writing written by any agency or any employee of the federal government regarding motions for summary affirmance created on or after January 1, 2000.

2)  All motions dated from January 1, 2008 to the present seeking summary affirmance of a district court order or judgment in which one or more attorneys employed at the USAO-DC was an attorney for the moving party.

FOIA/Privacy Staff, Executive Office for the United States Attorneys
April 5, 2013
Page 2 of 2

## **Format of Documents**

To the extent that the requested records are available or readily reproducible in searchable, electronic format or other digital format, please provide the records in that format, as required under 28 C.F.R. § 16.11(b)(3).

## **Request for Fee Waiver**

These records are requested on behalf of the Institute for Public Representation (IPR), a student-practice legal clinic at Georgetown University Law Center (GULC).

I request a waiver of all fees, if any, associated with processing this request under 28 C.F.R. § 16.11(k) and 5 U.S.C. § 552(a)(4)(A)(iii). Release of the requested records is in the public interest because disclosure of the records is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in IPR's commercial interest.

As part of our work at IPR, we are conducting research on the reasons for and prevalence of the use of summary affirmance in the U.S. Courts of Appeals. The results of our research may be published in a legal journal, a legal blog, or elsewhere, and we will not seek compensation for publication. Our research is likely to contribute significantly to public understanding of the summary disposition process, and a complete waiver of fees is appropriate.

Alternatively, I request a fee waiver under 28 C.F.R. § 16.11(d) and 5 U.S.C. § 552(a)(4)(A)(ii)(II) because we are affiliated with GULC, an educational institution with a scholarly purpose, and we do not seek the records for commercial use. The requested records would further our research and help teach our students about summary disposition as a tool for expediting appeals.

If you determine that a full fee waiver is not warranted and the cost of responding exceeds $25, please contact me at (202) 662-9546 before fulfilling this request.

Sincerely,

Anne King
ak682@law.georgetown.edu

# EXHIBIT 2

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

MAY 2 0 2013

Requester: Anne King

Request Number: 2013-1423

Subject of Request:  Third parties

Dear Requester:

The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

You have requested records concerning a third party (or third parties). Records pertaining to a third party generally cannot be released absent express authorization and consent of the third party, proof that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure outweighs the personal privacy interest and that significant public benefit would result from the disclosure of the requested records. Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in an unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C.§ 552a. These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C. § 552.

We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party, a death certificate, or public justification for release. If you desire to obtain public records, if public records exist in our files, please reply with a letter asking for the public documents. **Please send your letter to the address above.**

Should you obtain the written authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization. A form is enclosed to assist you in providing us the authorization and consent of the subject of your request. Your name should appear in the section titled "Optional." The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001. **Please send your new request to the address above.**

[   ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what of what you sought. Each file will have a separate Request Number (listed below), for which you will receive a separate response:
 NOT SPLIT

MAY 2 0 2013

This is our final action on this above-numbered request. You may appeal this decision in this matter by writing to the **Office of Information Policy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C.  20530-0001.**   Both the envelope and the letter of appeal should be marked "FOIA Appeal."   Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court.  28 C.F.R. § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure

U.S Department of Justice

## Certification of Identity



2013-1423

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____ Social Security Number [3] _____

Current Address _____

Date of Birth _____ Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____ **Date** _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

EXHIBIT 3



## GEORGETOWN LAW
## INSTITUTE FOR PUBLIC REPRESENTATION

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

Hope M. Babcock
Angela J. Campbell
Brian Wolfman
  Directors
Thomas M. Gremillion
Anne W. King
Laura Moy*
Margot J. Pollans
Blake E. Reid
  Staff Attorneys

May 22, 2013

**By Certified Mail (7009 2250 0000 3425 4254)**

Office of Information Policy
Department of Justice
1425 New York Avenue N.W., Suite 11050
Washington DC  20530-0001

Re:  FOIA Appeal (request # 2013-1423)

This letter is an appeal under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). On April 5, 2013, I submitted a FOIA request to the Executive Office of United States Attorneys (EOUSA). A copy of that request is attached as Exhibit 1. On May 20, 2013, Susan Gerson, the Assistant Director of EOUSA's Freedom of Information & Privacy Staff, responded to my FOIA request. A copy of that response is attached as Exhibit 2.

Ms. Gerson's response to my FOIA request stated that the records I had requested concerned a third party (or parties) and that records pertaining to a third party generally may not be released absent narrow circumstances, including consent of the relevant third party.

My FOIA request did not request any non-releasable third-party records. I requested two categories of records. *First*, I requested records discussing or referring to the circumstances in which the U.S. Attorney's Office for the District of Columbia (USAO-DC) files motions for summary affirmance in federal courts of appeals. The requested records concern generally applicable law, rules, regulations, guidance, and policies, not particular named individuals whose privacy interests might be implicated.

*Second*, I asked for all motions dated from January 1, 2008 to the present seeking summary affirmance of a district court order or judgment in which one or more attorneys employed at the USAO-DC was an attorney for the moving party. These motions may mention third parties, but they are documents filed publicly in court proceedings and do not require

---

*Admitted to the Maryland bar only; DC bar membership pending.
Practice supervised by members of the DC bar.

Office of Information Policy
May 22, 2013
Page 2 of 2

consent from third parties before they are released. Indeed, anybody could review the requested records at the federal courthouses where they are filed.

For these reasons, Ms. Gerson's determination should be reversed, and the requested records should be released to me. I remind you that we have requested a waiver of fees. See Exhibit 1 attached.

Please rule on this appeal within 20 business days as the law requires.

Sincerely,

Anne King
ak682@law.georgetown.edu

EXHIBIT 4



GEORGETOWN LAW
INSTITUTE FOR PUBLIC REPRESENTATION

Hope M. Babcock
Angela J. Campbell
Brian Wolfman
 Directors
Thomas M. Gremillion
Anne W. King
Laura Moy*
Margot J. Pollans
Blake E. Reid
 Staff Attorneys

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

May 22, 2013

**By certified mail (7009 2250 0000 3425 4131) and fax (202-252-6047)**

U.S. Department of Justice
Executive Office of United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington DC  20530-0001

Re:  FOIA request # 2013-1423—request for public documents

On April 5, 2013, I submitted a Freedom of Information (FOIA) request to the Executive
Office of United States Attorneys (EOUSA). A copy of that request is attached as Exhibit 1. On
May 20, 2013, Susan Gerson, the Assistant Director of EOUSA's Freedom of Information &
Privacy Staff, responded to my FOIA request. A copy of that response is attached as Exhibit 2.
Ms. Gerson's response indicated that EOUSA generally cannot release records pertaining to a
third party, but noted that your office "will release, if requested, any public records maintained in
our files…." Ms. Gerson's response further explained that I could "reply with a letter asking for
the public documents."

Please send me the "public records" referred to in Ms. Gerson's May 20, 2013 response.
Thank you.

Sincerely,

Anne King
ak682@law.georgetown.edu

*Admitted to the Maryland bar only; DC bar membership pending.
Practice supervised by members of the DC bar.

EXHIBIT 5

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

MAY 2 2 2013

Requester: Ann King

Request Number: 2013-1480

Subject of Request:   Third parties

Dear Requester:

The Executive Office for United States Attorneys has received your Freedom of Information Act request and assigned the above number to the request.

You have requested records concerning a third party (or third parties).  Records pertaining to a third party generally cannot be released absent express authorization and consent of the third party, proof that the subject of your request is deceased, or a clear demonstration that the public interest in disclosure outweighs the personal privacy interest and that significant public benefit would result from the disclosure of the requested records.  Since you have not furnished a release, death certificate, or public justification for release, the release of records concerning a third party would result in an unwarranted invasion of personal privacy and would be in violation of the Privacy Act, 5 U.S.C.§ 552a.  These records are also generally exempt from disclosure pursuant to sections (b)(6) and (b)(7)(C) of the Freedom of Information Act, 5 U.S.C. § 552.

We will release, if requested, any public records maintained in our files, such as court records and news clippings, without the express authorization of the third party, a death certificate, or public justification for release.  If you desire to obtain public records, if public records exist in our files, please reply with a letter asking for the public documents.  **Please send your letter to the address above.**

Should you obtain the written authorization and consent of the third party for release of the records to you, please submit a new request for the documents accompanied by the written authorization.  A form is enclosed to assist you in providing us the authorization and consent of the subject of your request.  Your name should appear in the section titled "Optional."  The authorization must be notarized or signed under penalty of perjury pursuant to 18 U.S.C. § 1001.  **Please send your new request to the address above.**

[   ]   Please note that your original letter was split into separate files ("requests"), for processing purposes, based on the nature of what of what you sought.   Each file will have a separate Request Number (listed below), for which you will receive a separate response:
NOT SPLIT

MAY 2 2 2013

This is our final action on this above-numbered request. You may appeal this decision in this matter by writing to the **Office of Information Policy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001**.   Both the envelope and the letter of appeal should be marked "FOIA Appeal."  Your appeal must be received by OIP within 60 days from the date of this letter. If you are dissatisfied with the results of any such administrative appeal, judicial review may thereafter be available in U.S. District Court.  28 C.F.R. § 16.9.

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure

U.S Department of Justice

## Certification of Identity



*2013-1480*

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] _____

Citizenship Status [2] _____ Social Security Number [3] _____

Current Address _____

Date of Birth _____ Place of Birth _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] _____ **Date** _____

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

### Print or Type Name

[1] Name of individual who is the subject of the record(s) sought.
[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.
[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
[4] Signature of individual who is the subject of the record sought.

EXHIBIT 6



## GEORGETOWN LAW
### INSTITUTE FOR PUBLIC REPRESENTATION

Hope M. Babcock
Angela J. Campbell
Brian Wolfman
  Directors
Thomas M. Gremillion
Anne W. King
Laura Moy*
Margot J. Pollans
Blake E. Reid
  Staff Attorneys

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

May 29, 2013

**By Certified Mail (7009 2250 0000 3425 4162)**

Office of Information Policy
Department of Justice
1425 New York Avenue N.W., Suite 11050
Washington DC  20530-0001

Re:  FOIA Appeal (request number 2013-1480)

This letter is an appeal under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). On April 5, 2013, I submitted a FOIA request to the Executive Office of United States Attorneys (EOUSA). A copy of that request is attached as Exhibit 1. On May 22, 2013, Susan Gerson, the Assistant Director of EOUSA's Freedom of Information & Privacy Staff, responded to my FOIA request. A copy of the May 22 response is attached as Exhibit 2.

Ms. Gerson previously responded to my FOIA request in an identical document dated May 20, 2013, which referenced request number 2013-1423 rather than 2013-1480. A copy of the May 20 response is attached as Exhibit 3. On May 22, 2013, I submitted an appeal for request number 2013-1423 to the Office of Information Policy. A copy of that appeal is attached as Exhibit 4. I have submitted only one FOIA request to EOUSA, and Ms. Gerson's responses indicate that EOUSA did not split my request into separate files. Therefore, I believe requests 2013-1423 and 2013-1480 are duplicative.

Although I believe Ms. Gerson's May 22 response to request number 2013-1480 is duplicative, I submit this appeal of her determination. Ms. Gerson's response stated that the records I had requested concerned a third party (or parties) and that records pertaining to a third party generally may not be released absent narrow circumstances, including consent of the relevant third party.

*Admitted to the Maryland bar only; DC bar membership pending.
Practice supervised by members of the DC bar.

Office of Information Policy
May 29, 2013
Page 2 of 2

My FOIA request did not request any non-releasable third-party records. I requested two categories of records. *First*, I requested records discussing or referring to the circumstances in which the U.S. Attorney's Office for the District of Columbia (USAO-DC) files motions for summary affirmance in federal courts of appeals. The requested records concern generally applicable law, rules, regulations, guidance, and policies, not particular named individuals whose privacy interests might be implicated.

*Second*, I asked for all motions dated from January 1, 2008 to the present seeking summary affirmance of a district court order or judgment in which one or more attorneys employed at the USAO-DC was an attorney for the moving party. These motions may mention third parties, but they are documents filed publicly in court proceedings and do not require consent from third parties before they are released. Indeed, anybody could review the requested records at the federal courthouses where they are filed.

For these reasons, Ms. Gerson's determination should be reversed, and the requested records should be released to me. I remind you that we have requested a waiver of fees. See Exhibit 1 attached. Please rule on this appeal within 20 business days as the law requires.

Sincerely,

Anne King
ak682@law.georgetown.edu

EXHIBIT 7



## GEORGETOWN LAW
## INSTITUTE FOR PUBLIC REPRESENTATION

Hope M. Babcock
Angela J. Campbell
Brian Wolfman
  Directors
Thomas M. Gremillion
Anne W. King
Laura Moy*
Margot J. Pollans
Blake E. Reid
Staff Attorneys

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

May 29, 2013

**By certified mail (7009 2250 0000 3425 4155) and fax (202-252-6047)**

U.S. Department of Justice
Executive Office of United States Attorneys
Freedom of Information & Privacy Staff
600 E Street, N.W., Suite 7300, Bicentennial Building
Washington DC  20530-0001

Re:  FOIA request number 2013-1480—request for public documents

On April 5, 2013, I submitted a Freedom of Information (FOIA) request to the Executive Office of United States Attorneys (EOUSA). A copy of that request is attached as Exhibit 1. On May 22, 2013, Susan Gerson, the Assistant Director of EOUSA's Freedom of Information & Privacy Staff, responded to my FOIA request. A copy of the May 22 response is attached as Exhibit 2.

Ms. Gerson previously responded to my FOIA request in an identical document dated May 20, 2013, which referenced request number 2013-1423 rather than 2013-1480. A copy of the May 20 response is attached as Exhibit 3. On May 22, 2013 I replied to EOUSA with a letter referencing request number 2013-1423, and requesting release of public documents. A copy of that reply is attached as Exhibit 4. I have submitted only one FOIA request to EOUSA, and Ms. Gerson's responses indicate that EOUSA did not split my request into separate files. Therefore, I believe requests 2013-1423 and 2013-1480 are duplicative.

Although I believe Ms. Gerson's May 22 response to request number 2013-1480 is duplicative, I submit this letter requesting public documents in reply. Ms. Gerson's response indicated that EOUSA generally cannot release records pertaining to a third party, but noted that your office "will release, if requested, any public records maintained in our files...." Ms. Gerson's response further explained that I could "reply with a letter asking for the public documents."

*Admitted to the Maryland bar only; DC bar membership pending.
Practice supervised by members of the DC bar.

Please send me the "public records" referred to in Ms. Gerson's May 22, 2013 response. Thank you.

Sincerely,

Anne King
ak682@law.georgetown.edu

EXHIBIT 8



**U.S. Department of Justice**

Office of Information Policy

---

*Telephone: (202) 514-3642*          *Washington, D.C.  20530*

June 14, 2013

Ms. Anne King
Georgetown University Law Center
Institution Public Representation
600 New York Avenue, NW
Washington, DC  20001

     Re:  Request No. 2013-1423

Dear Ms. King:

     This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on May 28, 2013.

     The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **AP-2013-03618**.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. mail.

     We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at the number above.  If you have submitted your appeal through this Office's online electronic appeal portal, you may also obtain an update on the status of your appeal by logging into your portal account.

     Sincerely,

Priscilla Jones
Supervisory Administrative Specialist

EXHIBIT 9



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

**June 27, 2013**

Ms. Anne King
Georgetown University Law Center
Institution for Public Representation
600 New Jersey Avenue, NW                    Re:    Appeal No. AP-2013-03618
Washington, DC  20001                                Request No. 2013-1423
ak682@law.georgetown.edu                         SVR:MWH

**VIA:  E-mail**

Dear Ms. King:

     You appealed from the action of the Executive Office for United States Attorneys
(EOUSA) on your request for access to specific records concerning motions for summary
affirmance located in the United States Attorney's Office for the District of Columbia.

     After carefully considering your appeal, and as a result of discussions between EOUSA
personnel and this Office, I am remanding your request for a search for responsive records.  If
EOUSA locates releasable records, it will send them to you directly, subject to any applicable
fees.  You may appeal any future adverse determination made by EOUSA.  If you would like to
inquire about the status of this remand, please contact EOUSA directly.

     If you are dissatisfied with my action on your appeal, the Freedom of Information Act
permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

     Sincerely,

Sean R. O'Neill
Chief
Administrative Appeals Staff

EXHIBIT 10



**U.S. Department of Justice**

Office of Information Policy

_____

*Telephone: (202) 514-3642*                    *Washington, D.C.  20530*

June 28, 2013

Ms. Anne King
Georgetown University Law Center
Suite 312
600 New Jersey Avenue, NW
Washington, DC  20001-2075

      Re:  Request No. 2013-1480

Dear Ms. King:

      This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys was received by this Office on June 4, 2013.

      The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number **AP-2013-03800**.  Please mention this number in any future correspondence to this Office regarding this matter.  Please note that if you provide an e-mail address or another electronic means of communication with your appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. mail.

      We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at the number above.  If you have submitted your appeal through this Office's online electronic appeal portal, you may also obtain an update on the status of your appeal by logging into your portal account.

                  Sincerely,

                  Priscilla Jones
                  Supervisory Administrative Specialist

EXHIBIT 11

**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

Requester:  Anne King                     Request No.: 13-2166                     JUL 12 2013

Subject: Summary Affirm Filings Ct. App. (Public records only)/DC

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

Susan B. Gerson
Assistant Director

Form No. 001 - 6/12

EXHIBIT 12



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

Requester: <u>Anne King</u>          Request No.: <u>13-2452</u>                    JUL 2 9 2013

Subject: <u> Specific public records (#1 & 2) Affirmation policies & motions/DC</u>

     The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. <u>Please give us this number if you write about your request.</u> If we need additional information, we will contact you within two weeks.

     Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

     EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions; for example, Project Requests usually take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

     By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR § 16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 CFR § 16.11, if you have not been granted a fee waiver, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. <u>Please do not send any payment at this time!</u> If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

                    Sincerely,

                    Susan B. Gerson
                    Assistant Director

EXHIBIT 13



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

---

*Telephone: (202) 514-3642*

**August 21, 2013**

Ms. Anne King
Georgetown Law
Institute for Public Representation
Suite 312
600 New Jersey Avenue, NW                   Re:    Appeal No. AP-2013-03800
Washington, DC  20001-2075                          Request No. 2013-1480
ak682@law.georgetown.edu                            AMJ:TAZ

**VIA:  E-mail**

Dear Ms. King:

     This responds to your letter dated May 29, 2013, attempting to appeal from the action of the Executive Office for United States Attorneys (EOUSA) on Request No. 2013-1480.

     By letter dated June 28, 2013, this Office informed you that your administrative appeal from your Freedom of Information Act request made to EOUSA for access to specific records concerning motions for summary affirmance had been received by this Office and would be assigned for adjudication under Appeal No. AP-2013-03800.  However, this Office subsequently learned that Request No. 2013-1480 is a duplicate of Request No. 2013-1423, which EOUSA responded to by letter dated May 20, 2013.  You then appealed that decision to this Office on May 22, 2013.  That appeal, which was assigned for adjudication under Appeal No. AP-2013-03618, was adjudicated by this Office by letter dated June 27, 2013 (copy enclosed).  In light of these circumstances, I am administratively closing Appeal No. AP-2013-03800.

     Sincerely,

Sean R. O'Neill
Chief
Administrative Appeals Staff

Enclosure



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**June 27, 2013**

Ms. Anne King
Georgetown University Law Center
Institution for Public Representation
600 New Jersey Avenue, NW          Re:   Appeal No. AP-2013-03618
Washington, DC 20001                     Request No. 2013-1423
ak682@law.georgetown.edu                 SVR:MWH

**VIA: E-mail**

Dear Ms. King:

      You appealed from the action of the Executive Office for United States Attorneys
(EOUSA) on your request for access to specific records concerning motions for summary
affirmance located in the United States Attorney's Office for the District of Columbia.

      After carefully considering your appeal, and as a result of discussions between EOUSA
personnel and this Office, I am remanding your request for a search for responsive records. If
EOUSA locates releasable records, it will send them to you directly, subject to any applicable
fees. You may appeal any future adverse determination made by EOUSA. If you would like to
inquire about the status of this remand, please contact EOUSA directly.

      If you are dissatisfied with my action on your appeal, the Freedom of Information Act
permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

                      Sincerely,

                      Sean R. O'Neill
                      Chief
                      Administrative Appeals Staff

EXHIBIT 14



GEORGETOWN LAW
INSTITUTE FOR PUBLIC REPRESENTATION

Directors
Hope M. Babcock
Angela J. Campbell
Michael T. Kirkpatrick
 Benton Senior Counselor
Andrew Jay Schwartzman
 Staff Attorneys
Meghan M. Boone
Justin Gundlach
Daniel H. Lutz*
Aaron Mackey
Eric Null

600 New Jersey Avenue, NW, Suite 312
Washington, DC 20001-2075
Telephone: 202-662-9535
Fax: 202-662-9634

August 27, 2014

**By first-class mail and email (USAEO.FOIA.REQUESTS@usdoj.gov)**

FOIA/Privacy Staff
Executive Office for the United States Attorneys
600 E Street, N.W. (BICN Room 7300)
Department of Justice
Washington, D.C. 20530

Re:  Freedom of Information Request

To FOIA/Privacy Staff:

This letter is a request under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA). This request repeats an earlier request made by Anne King, also on behalf of the Institute of Public Representation on April 5, 2013. That request was assigned both Request No. 2013-1423 and No. 2013-1480, and later also referred to using Request No. 13-2166 and No 13-2452. All of the numbers relate to the original request, which is identical in substance to the following request:

### Records Requested

This request seeks the records specified below in the possession or control of the United States Attorney's Office for the District of Columbia (USAO-DC).

1) All records discussing or referring to circumstances in which the USAO-DC files motions for summary affirmance in the U.S. Courts of Appeals. This request seeks, among other records, any record discussing the circumstances under which filing a motion for summary affirmance would or would not be appropriate. This request includes, but is not limited to, memoranda, e-mails, or any other writing written by any agency or any employee of the

FOIA/Privacy Staff, Executive Office for the United States Attorneys
August 27, 2014
Page 2 of 2

federal government regarding motions for summary affirmance created on or after January 1, 2000.

2) All motions dated from January 1, 2008 to the present seeking summary affirmance of a district court order or judgment in which one or more attorneys employed at the USAO-DC was an attorney for the moving party.

## **Format of Documents**

To the extent that the requested records are available or readily reproducible in searchable, electronic format or other digital format, please provide the records in that format, as required under 28 C.F.R. § 16.11(b)(3).

## **Request for Fee Waiver**

These records are requested on behalf of the Institute for Public Representation (IPR), a student-practice legal clinic at Georgetown University Law Center (GULC).

I request a waiver of all fees, if any, associated with processing this request under 28 C.F.R. § 16.11(k) and 5 U.S.C. § 552(a)(4)(A)(iii). Release of the requested records is in the public interest because disclosure of the records is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in IPR's commercial interest.

As part of our work at IPR, we are conducting research on the reasons for and prevalence of the use of summary affirmance in the U.S. Courts of Appeals. The results of our research may be published in a legal journal, a legal blog, or elsewhere, and we will not seek compensation for publication. Our research is likely to contribute significantly to public understanding of the summary disposition process, and a complete waiver of fees is appropriate.

Alternatively, I request a fee waiver under 28 C.F.R. § 16.11(d) and 5 U.S.C. § 552(a)(4)(A)(ii)(II) because we are affiliated with GULC, an educational institution with a scholarly purpose, and we do not seek the records for commercial use. The requested records would further our research and help teach our students about summary disposition as a tool for expediting appeals.

If you determine that a full fee waiver is not warranted and the cost of responding exceeds $25, please contact me at (202) 662-9546 before fulfilling this request.

Sincerely,

Brian Wolfman